UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 30 PM 12: 03

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Jorge GONZALEZ-Rodriguez,**<br><br>Defendant | Magistrate Docket No.<br><br>**'08 MJ 1357**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **April 29, 2008** within the Southern District of California, defendant, **Jorge GONZALEZ-Rodriguez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **30th** DAY OF **APRIL, 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE



**CONTINUATION OF COMPLAINT:**
**Jorge GONZALEZ-Rodriguez**

## PROBABLE CAUSE STATEMENT

On April 29, 2008, at approximately 10:00 a.m., Border Patrol Agent L. Pino, received a report from Border Patrol dispatch, stating that a concerned citizen called and said he was being harassed by illegal aliens in the Home Depot parking lot, located on Sports Arena Boulevard and Kemper Street in San Diego, California. Supervisory Border Patrol Agent D. Boldt, Border Patrol Agent J. Viau and Agent Pino, responded to the area and observed numerous individuals, harassing patrons while they were entering and leaving the Home Depot parking lot. Agent Boldt and Agent Viau were in Border Patrol uniform and Agent Pino was in plainclothes.

Agent Viau and Agent Pino approached the individuals, and identified themselves as United States Border Patrol Agents and questioned each of the individuals as to their citizenship and nationality. Agent Pino identified himself by displaying his badge and showing his agency issued credentials. One of the individuals later identified as defendant **Jorge GONZALEZ-Rodriguez**, upon seeing Agent Viau and Agent Pino began to quickly walk northbound at try to leave the area. Agent Pino followed and caught up with the defendant. Agent Pino identified himself to the defendant as a United States Border Patrol Agent when the defendant turned and ran. After a short foot pursuit the defendant stopped as ordered by Agent Pino. Agent Pino questioned the defendant as to his country of citizenship and immigration status. The defendant stated that he was a citizen of Mexico and did not have immigration documents to enter or remain in the United States legally. At approximately 10:30 a.m. the defendant was arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on **February 10, 2006 through San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.