1 **NORMA A. AGUILAR**
California State Bar No. 211088
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Email: Norma_Aguilar@fd.org

5 Attorneys for Mr. Gonzalez-Rodriguez

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,            )   Case No. 08MJ1357
                                        )
12          Plaintiff,                  )
                                        )
13 v.                                   )
                                        )   **NOTICE OF APPEARANCE**
14 JORGE GONZALEZ-RODRIGUEZ,            )
                                        )
15          Defendant.                  )
                                        )

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
19 in the above-captioned case.

20                                          Respectfully submitted,

22 Dated: May 6, 2008                       */s/ Norma Aguilar*
                                            **NORMA AGUILAR**
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Gonzalez-Rodriguez
24                                          Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 6, 2008                           /s/ Norma Aguilar
                                            **NORMA AGUILAR**
                                            Federal Defenders of San Diego, Inc.
                                            225 Broadway, Suite 900
                                            San Diego, CA  92101-5030
                                            (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
                                            Email: Norma_Aguilar@fd.org