AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA



FILED

MAY 2 2 2008

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| JORGE GONZALEZ-RODRIGUEZ | CASE NUMBER: 08CR1658-JM |

I, <u>JORGE GONZALEZ-RODRIGUEZ</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/22/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jorge Gonzalez-R
Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER